STUART F. DELERY
Assistant Attorney General

MELINDA HAAG (CSBN 132612)
United States Attorney
ALEX G. TSE (CSBN 152348)
Chief, Civil Division
MELANIE L. PROCTOR (CSBN 228971)
Assistant United States Attorney
    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Tel: (415) 436-6730
    Fax: (415) 436-6748
    e-mail: melanie.proctor@usdoj.gov

DANIEL R. ANDERSON
ANDY MAO
ALLIE PANG
Attorneys, Civil Division
United States Department of Justice
    P.O. Box 261
    Ben Franklin Station
    Washington, D.C. 20044
    Tel: (202) 514-6846
    Fax: (202) 305-4117
    E-mail: allie.pang@usdoj.gov

Attorneys for the
United States of America

**SEALED BY ORDER OF THE COURT**

**FILED**
DEC 11 2013
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

**FILED**
DEC 11 2013
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

**RECEIVED**
DEC 11 2013
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. ROCHELLE SPENCE,<br><br>    Plaintiffs,<br><br>v.<br><br>SUTTER HEALTH and ALTA BATES SUMMIT MEDICAL CENTER, et al.,<br><br>    Defendant. | CASE NO. C 12-2817 DMR<br><br>**STIPULATION AND REQUEST FOR ENLARGEMENT OF TIME TO ELECT OR DECLINE TO INTERVENE; [PROPOSED] ORDER**<br><br>**FILED UNDER SEAL** |

The United States of America and Rochelle Spence, as Relator, through their undersigned counsel of record, hereby stipulate and request that the Court enlarge until June 18, 2014, the period during which the United States may elect to intervene in the above-captioned False Claims Act ("FCA"), 31 U.S.C. §§ 3729-2733 *qui tam* action or the notify the Court that it declines to do so, and during which the complaint and other filings shall remain under seal.

1. This request is being filed *ex parte* pursuant to Civ. L.R. 7-10 and the Federal FCA. It is not being served on Defendant, as the case is under seal and Defendant has not yet been served in this case. This filing is being served on Relator.

2. This action was filed on June 1, 2012, under the *qui tam* provisions of the Federal FCA. Among other things, these provisions authorize private parties (known as relators) to file lawsuits alleging FCA violations on behalf of the United States. 41 U.S.C. § 3730(b).

3. In this action, Relator alleges, *inter alia*, that Defendants devised a fraudulent scheme to change the diagnosis codes on claims that could not be paid by Medicare to diagnosis codes that could be paid, and added additional diagnosis codes to obtain greater reimbursement than warranted.

4. Under the FCA, the qui tam relator is required to file the complaint under seal and serve it on the United States, but not on the defendant, so that the government may investigate the allegations in the complaint and make an informed decision whether to intervene in the action before the defendant is made aware of the case. The FCA provides that the complaint "shall remain under seal for at least 60 days, and shall not be served on the defendant until the court so orders." 31 U.S.C. § 3730(b)(2). The *qui tam* provisions of the Federal FCA expressly contemplate that motions for extensions of the 60-day period will be permitted upon a showing of "good cause." 31 U.S.C. § 3730(b)(2) and (3).

5. In the present case, Relator completed service of her written disclosure of material evidence and the Complaint on the United States on June 17, 2012. The United States previously sought, and obtained, three extensions of the seal period. The seal currently expires on December 18, 2013.

1

6. The United States has been diligently investigating this case. Since the Complaint was filed, the United States interviewed the relator, and obtained a partial lift of the seal so the Complaint could be shared with Defendant. Defendant investigated the allegations, and made a presentation to the Government, which is now in the process of concluding its investigation. The results of the Government's review warrant a deeper inquiry. Accordingly, an additional period is required to reasonably investigate the allegations in the complaint and reach a decision on intervention.

7. Accordingly, the Government seeks a six-month extension of the seal and intervention deadlines in the present case until June 18, 2014. During the extension period, if granted, the Government will continue to diligently investigate the case.

8. Due to Civil L.R. 79-5, which provides that sealed documents are automatically unsealed ten years from the date the case is closed, the United States is reluctant to provide more specific information about its investigation in writing. If the Court so requests, the undersigned government counsel will provide oral information about the government's investigation in camera, pursuant to 31 U.S.C. § 3730(b)(3).

9. Pursuant to 31 U.S.C. § 3730(b)(3), we additionally request that the Complaint and all other papers filed or lodged in this case shall remain sealed until June 18, 2014.

DATED:   December 11, 2013          STUART F. DELERY
                                    Assistant Attorney General

                                    MELINDA HAAG
                                    United States Attorney

                                    DANIEL R. ANDERSON
                                    ANDY MAO
                                    ALLIE PANG
                                    U.S. Department of Justice
                                    Civil Division
                                    Commercial Litigation Branch,
                                    Fraud Section

                                    /s/ Melanie L. Proctor
                                    MELANIE L. PROCTOR
                                    Assistant United States Attorney

                                    Attorneys for the United States of America

2

DATED: December 10, 2013

INGRID EVANS
The Evans Law Firm
MARK HERSH
Hersh & Hersh
KELLY ARMSTRONG
The Armstrong Law Firm

Attorneys for Relator

**[PROPOSED] ORDER**

IT IS HEREBY ORDERED THAT:

1. The United States shall have up to and including June 18, 2014, to inform the Court of its decision whether to intervene in this matter.

2. All pleadings and other documents filed in this action shall remain under seal until further order of the Court.

IT IS SO ORDERED.

Dated: 12/11/13

HON. DONNA M. RYU
United States Magistrate Judge

3

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

USA ex rel. ROCHELLE SPENCE,

        Plaintiff,

v.

SUTTER HEALTH, ET AL,

        Defendants.
_____/

Case Number: CR-12-2817-DMR

**CERTIFICATE OF SERVICE
(UNDER SEAL)**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 12, 2013, I SERVED true and correct copies of the Stipulation and Order Re: Request for Enlargement of Time to Elect or Decline to Intervene, by placing said copies in a postage paid envelopes addressed to the persons hereinafter listed, by depositing said envelopes in the U.S. Mail, or by placing said copies into an inter-office delivery receptacle located in the Clerk's office.


Melanie L. Proctor
Assistant U.S. Attorney
450 Golden Gate Avenue, Box 36055
San Francisco, CA 94102

Daniel Anderson
Andy Mao
Allie Pang
U.S. Department of Justice
Civil Division
P.O. Box 261
Ben Franklin Station
Washington, D.C.  20044

Ingrid M. Evans
The Evans Law Firm
3053 Fillmore Street, #236
San Francisco, CA 94123

Kelly H. Armstrong
The Armstrong Law Firm
807 Montgomery Street
San Francisco, CA 94133

Mark E. Burton , Jr.
Hersh & Hersh
601 Van Ness Avenue
Suite 2056
San Francisco, CA 94102

Dated: December 12, 2013

Richard W. Wieking, Clerk

By: Ivy Garcia, Deputy Clerk

2