**SEALED BY ORDER OF THE COURT**

**FILED**
OCT 31 2014
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

JOYCE BRANDA
Acting Assistant Attorney General

MELINDA HAAG (CABN 132612)
United States Attorney

ALEX G. TSE (CABN 152348)
Chief, Civil Division

MELANIE L. PROCTOR (CSBN 228971)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6730
    FAX: (415) 436-6748
    melanie.proctor@usdoj.gov

MICHAEL D. GRANSTON
ANDY MAO
ALLIE PANG
Attorneys, Civil Division
United States Department of Justice
    P.O. Box 261
    Ben Franklin Station
    Washington, D.C. 20044
    Tel. (202) 514-6846
    Fax: (202) 305-4117
    E-mail: allie.pang@usdoj.gov

RECEIVED
OCT 28 2014

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel, ROCHELLE SPENCE,<br><br>    Plaintiffs,<br><br>v.<br><br>SUTTER HEALTH and ALTA BATES SUMMIT MEDICAL CENTER, et al.,<br><br>    Defendant. | CASE NO. C 12-2817 DMR<br><br>UNITED STATES' NOTICE OF ELECTION TO DECLINE INTERVENTION AND CONSENT TO VOLUNTARY DISMISSAL WITHOUT PREJUDICE BY RELATOR<br><br>FILED UNDER SEAL |

UNITED STATES' NOTICE OF ELECTION TO DECLINE INTERVENTION
C 12-2817 DMR

Pursuant to the Federal False Claims Act, 31 U.S.C. § 3730(b)(4)(B), the United States notifies the Court of its decision to not intervene in this action.

Although the United States declines to intervene, we respectfully refer the Court to 31 U.S.C. § 3730(b)(1), which allows the relator to maintain the action in the name of the United States; providing, however, that the action may be dismissed only if the court and the Attorney General give written consent to the dismissal and their reasons for consenting. *Id.* The United States Court of Appeals for the Ninth Circuit has held that, notwithstanding this language, the United States only has the right to a hearing when it objects to a settlement or dismissal of the action. *United States ex rel. Green v. Northrop Corp.*, 59 F.3d 953, 695 (9th Cir. 1995); *United States ex rel. Killingsworth v. Northrop Corp.*, 25 F.3d 715, 723-25 (9th Cir. 1994).

Therefore, the United States requests that, should either the relator or the defendant propose that this action be dismissed with prejudice, settled, or otherwise discontinued, this Court provide the United States with notice and an opportunity to be heard before ruling or granting its approval. In the event the relator elects not to proceed with this action and moves to voluntarily dismiss this action without prejudice under F.R.C.P. 41(a)(1), the United States hereby notifies the Court that it consents to the relator's dismissal, so long as the dismissal is without prejudice to the United States.

Furthermore, pursuant to 31 U.S.C. § 3730(c)(3), the United States requests that all pleadings filed in this action be served upon the United States. The United States also requests that orders issued by the Court be sent to the Government's counsel. The United States reserves its rights to order any deposition transcripts and to intervene in this action, for good cause, at a later date.

///
///
///
///
///
///
///
///

Finally, the United States requests that the Court unseal: (1) Relator's Complaint; (2) the summons; (3) the scheduling order; (4) this Notice of Election to Decline Intervention, with (Proposed) Order to Unseal; and (5) all other matters occurring in this action after the date the Court enters the unsealing order. The United States requests that all other contents of the Court's file in this matter (including, but not limited to, any applications filed by the United States for extensions of the sixty-day investigative period, any applications for partial lifting of the seal, and any orders previously entered in this matter) remain under seal and not be made public or served upon Defendant.

Dated: October 24, 2014                    Respectfully submitted,

JOYCE BRANDA
Acting Assistant Attorney General

MELINDA HAAG
United States Attorney

By    *Melanie L. Proctor* (signature)
MELANIE L. PROCTOR
Assistant United States Attorney

MICHAEL G. GRANSTON
ANDY MAO
ALLIE PANG
U.S. Department of Justice
Civil Division
Commercial Litigation Branch,
Fraud Section

Attorneys for the United States of America

## [PROPOSED] ORDER

The United States, having declined to intervene in this action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), the Court rules as follows:

1. The complaint, summons, and scheduling order shall be unsealed and served upon the defendant by the relator. All other contents of the Court's file in this action remain under seal and not be made public or served upon the defendant, except for this Order and the Government's Notice of

Election to Decline Intervention, which the relator may serve upon the defendant only after service of the complaint. The seal is lifted as to all matters occurring in this action after the date of this Order.

2. The parties shall serve all further pleadings and motions filed in this action, including supporting memoranda, upon the United States, as provided for in 31 U.S.C. § 3730(c)(3). The United States may order any deposition transcripts and is entitled to intervene in this action, for good cause, at any time.

3. The parties shall serve all notices of appeal upon the United States. All orders of this Court shall be sent to the United States.

4. Should the relator or the defendant propose that this action be dismissed, settled, or otherwise discontinued in any manner other than a dismissal without prejudice under F.R.C.P. 41(a)(1), the Court will provide the United States with notice and an opportunity to be heard before ruling or granting its approval.

IT IS SO ORDERED.

Dated: 10/31/14

HON. DONNA M. RYU
United States Magistrate Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA ex rel. ROCHELLE SPENCE,<br><br>        Plaintiff,<br><br>v.<br><br>SUTTER HEALTH, ET AL,<br><br>        Defendants. | Case Number: CR-12–2817-DMR<br><br>**CERTIFICATE OF SERVICE**<br>**(UNDER SEAL)** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 31, 2014, I SERVED true and correct copies of the Notice of Election to Decline Intervention and Consent to Voluntary Dismissal Without Prejudice by Relator, by placing said copies in a postage paid envelopes addressed to the persons hereinafter listed, by depositing said envelopes in the U.S. Mail, or by placing said copies into an inter-office delivery receptacle located in the Clerk's office.


Melanie L. Proctor
Assistant U.S. Attorney
450 Golden Gate Avenue, Box 36055
San Francisco, CA 94102

Michael D. Granston
Andy Mao
Allie Pang
U.S. Department of Justice
Civil Division
P.O. Box 261
Ben Franklin Station
Washington, D.C. 20044

Ingrid M. Evans
The Evans Law Firm
3053 Fillmore Street, #236
San Francisco, CA 94123

Kelly H. Armstrong
The Armstrong Law Firm
807 Montgomery Street
San Francisco, CA 94133

Mark E. Burton , Jr.
Hersh & Hersh
601 Van Ness Avenue
Suite 2056
San Francisco, CA 94102


Dated: October 31, 2014

Richard W. Wieking, Clerk

By: Ivy Garcia, Deputy Clerk

2